**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 17, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00589-CV

### DAVID REYNOLDS, Appellant

### V.

### WELLS FARGO BANK, NA, Appellee

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed June 6, 2013. On September 6, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.